**TODD M. LEVENTHAL, ESQ**.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada  89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for Matthew Rendon*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MATTHEW RENDON<br><br>          Defendant, | Case No.: 2:19-CR-00210<br><br>**STIPULATION TO CONTINUE SENTENCING DATE**<br>(First) |

IT IS HEREBY STIPULATED AND AGREED by and between JASON M. FRIERSON, United States Attorney, and BRIAN WHANG, Assistant United States Attorney, counsel for the United States of America, and TODD M. LEVENTHAL, ESQ., counsel for MATTHEW RENDON, that the Sentencing date scheduled for January 23, 2023, be vacated, and set to a date and time convenient to this Court, but not sooner than ninety (90) days.

    The Stipulation is entered into for the following reasons:

    1.    The defendant is in custody and does not object to the continuance.

    2.    The parties agree to the continuance.

    3.    The requested time is not for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete presentencing issues.

This is the first stipulation to continue the sentencing date.

DATED: December 6, 2022

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

By  /s/ Todd M Leventhal          By  /s/ Brian Whang
TODD M. LEVENTHAL                 BRIAN WHANG
Counsel for Defendant Matthew     Assistant United States Attorney

**TODD M. LEVENTHAL, ESQ**.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada  89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for MATTHEW RENDON*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>MATTHEW RENDON,<br><br>            Defendant, | Case No.: 2:19-CR-00210<br><br>**FINDING OF FACT, COCLUSION OF LAW, AND ORDER**<br>(First Request) |

### **FINDINGS OF FACT**

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

    1.    The defendant is in custody and does not object to the continuance.

    2.    The parties agree to the continuance.

    3.    The requested time is not for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete presentencing issues.

        This is the first stipulation to continue the sentencing date.

## CONCLUSIONS OF LAW

The ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant it would likely result in a miscarriage of justice. This continuance is excludable under the Speedy Trial Act, Title 18 U.S.C. § 3161 (h)(7)(A) based on the factors outlined in §161(h)(7)(B)(i), (iv).

## ORDER

IT IS FURTHER ORDERED that the sentencing currently scheduled for January 23, 2023 at the hour of 2:00 p.m., is vacated and continued to May 3, 2023, at 11:00 a.m.

DATED December 12, 2022

BY: _____
UNITED STATES DISTRICT JUDGE