**TODD M. LEVENTHAL, ESQ**.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
319 South Third Street, Suite 100
Las Vegas, Nevada 89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for Matthew Rendon*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW RENDON,<br><br>　　　　　Defendant. | Case No.: 2:19-cr-00210-JAD- BNW-1<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING DATE**<br><br>(Third Request)<br><br>ECF No. 56 |

IT IS HEREBY STIPULATED AND AGREED by and between Jason M. Frierson, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Todd M. Leventhal, Esq., counsel for Matthew Rendon, that the Sentencing date currently scheduled for July 10, 2023 at 3:00 p.m. be vacated and continued to a time convenient to this Court, but no sooner than one-hundred-twenty (120) days.

The Stipulation is entered into for the following reasons:

1. The defendant is in custody and does not object to the continuance.
2. The parties agree to the continuance.

3. There are outstanding letters that need to be received for Mr. Rendon's Sentencing Memorandum.

4. The requested time is not for purposes of delay. Mr. Rendon understands that he is facing prison time and prefers to have his family for support and additional time will allow his family members to arrange to travel to attend the Sentencing Hearing.

5. The additional time requested for sentencing will allow counsel for the defendant sufficient time to effectively and thoroughly research and prepare for sentencing.

6. This is the Third stipulation to continue the Sentencing date.

DATED: June 22, 2023

Submitted By: LEVENTHAL & ASSOCIATES, PLLC


By___/s/ Todd M Leventhal_____     By___/s/ Brian Y. Whang_____
TODD M. LEVENTHAL                            ALLISON REESE
Counsel for Defendant                        Assistant United States Attorney

2

TODD M. LEVENTHAL, ESQ
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
319 South Third Street, Suite 100
Las Vegas, Nevada  89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for Matthew Rendon*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF  NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00210-JAD-BNW-1 |
| Plaintiff, | **ORDER** |
| v. | |
| MATTHEW RENDON, | |
| Defendant. | |

## **FINDINGS OF FACT**

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant is in custody and does not object to the continuance.
2. The parties agree to the continuance.
3. There are outstanding letters that need to be received for Mr. Rendon's Sentencing Memorandum.
4. The requested time is not for purposes of delay.  Mr. Rendon understands that he is facing prison time and prefers to have his family for support and additional time will allow his family members to arrange to travel to attend the Sentencing Hearing.

5. The additional time requested for sentencing will allow counsel for the defendant sufficient time to effectively and thoroughly research and prepare for sentencing.

6. This is the Third stipulation to continue the Sentencing date.

## **ORDER**

IT IS FURTHER ORDERED that the sentencing hearing currently scheduled for July 10, 2023 at the hour of 3:00 p.m., is vacated and continued to November 13, 2023, at 10:00 a.m.

DATED this 25th day of June 2023.

BY: _____
HONORABLE JENNIFER A. DORSEY
United States District Court Judge

4