**TODD M. LEVENTHAL, ESQ**.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
319 South Third Street, Suite 100
Las Vegas, Nevada 89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for Matthew Rendon*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW RENDON,<br><br>　　　　　Defendant. | Case No.: 2:19-cr-00210-JAD- BNW-1<br><br>**STIPULATION TO CONTINUE SENTENCING DATE**<br><br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED by and between Jason M. Frierson, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Todd M. Leventhal, Esq., counsel for Matthew Rendon, that the Sentencing date currently scheduled for November 13, 2023 at 10:00 a.m. be vacated and continued to a time convenient to this Court, but no sooner than fifteen (15) days. Please note Mr. Leventhal is out of jurisdiction on November 22- 24, 2023 and December 20 – January 5, 2023.

　　　　The Stipulation is entered into for the following reasons:

　　　　1.　　The defendant is in custody and does not object to the continuance.

　　　　2.　　The parties agree to the continuance.

3. There are outstanding issues previously discussed with the court that will aid in sentencing Mr. Rendon.

4. Mr. Leventhal will be out of jurisdiction on November 13, 2023.

5. This request will be the final request from both counsels.

6. The requested time is not for purposes of delay. Mr. Rendon understands that he is facing prison time and prefers to have his family for support and additional time will allow his family members to arrange to travel to attend the Sentencing Hearing.

7. The additional time requested for sentencing will allow counsel for the defendant sufficient time to effectively and thoroughly research and prepare for sentencing.

8. This is the Fourth stipulation to continue the Sentencing date.

DATED: October 26, 2023

Submitted By: LEVENTHAL & ASSOCIATES, PLLC


By___/s/ Todd M Leventhal_____        By___/s/ Brian Y. Whang_____
TODD M. LEVENTHAL                                BRIAN Y. WHANG
Counsel for Defendant                            Assistant United States Attorney

TODD M. LEVENTHAL, ESQ
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
319 South Third Street, Suite 100
Las Vegas, Nevada  89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for Matthew Rendon*

UNITED STATES DISTRICT COURT

DISTRICT OF  NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00210-JAD-BNW-1 |
| Plaintiff, | **ORDER** |
| v. | |
| MATTHEW RENDON, | |
| Defendant. | |

## **FINDINGS OF FACT**

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant is in custody and does not object to the continuance.
2. The parties agree to the continuance.
3. There are outstanding issues previously discussed with the court that will aid in sentencing Mr. Rendon.
4. Mr. Leventhal will be out of jurisdiction on November 13, 2023
5. This request will be the final request from both counsels.

3

6. The requested time is not for purposes of delay. Mr. Rendon understands that he is facing prison time and prefers to have his family for support and additional time will allow his family members to arrange to travel to attend the Sentencing Hearing.

7. The additional time requested for sentencing will allow counsel for the defendant sufficient time to effectively and thoroughly research and prepare for sentencing.

8. This is the Fourth stipulation to continue the Sentencing date.

## **ORDER**

IT IS FURTHER ORDERED that the sentencing hearing currently scheduled for November 13, 2023 at the hour of 10:00 a.m., is vacated and continued to November 29, 2023, at 11:00 a.m.

DATED this 1st day of November 2023.

BY: _____
HONORABLE JENNIFER A. DORSEY
United States District Court Judge

4